**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CHARISSE L. VARNELL,**

        **Plaintiff,**

**-vs-**                                        **Case No. 6:08-cv-2080-Orl-28DAB**

**SNA TRANSPORTATION, LLC, MAZIE**
**FORBES, RENFORD FORBES,**

        **Defendants.**
_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR ENTRY OF CLERK DEFAULT (Doc. No. 6)
>
> **FILED:** January 27, 2009
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part and **DENIED** in part.

The proof of service documents are inconsistent and fail to clearly show adequate proof of service for the corporate defendant and for Renford Forbes. The proof of service reflects that service was had on "Shellina Anderson as Manager for SNA Transportation, LLC C/O Stephen Anderson as Registered Agent." The summons itself is not endorsed, as referenced, so it is not clear exactly whom was served and whether that person was authorized to accept service under Florida law. As for Renford Forbes, the Proof of Service indicates that personal service was had, but the summons indicates an endorsement showing service on Mazie Forbes, not Renford Forbes. Absent any

information sufficient to ascertain whether this is adequate substitute service under Florida law, the motion for entry of default must be **granted,** with respect to Mazie Forbes, and **denied, without prejudice to renewal upon a more sufficient showing,** with respect to Renford Forbes and the corporate defendant.

**DONE** and **ORDERED** in Orlando, Florida on February 3, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record