UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARISSE L. VARNELL,

    Plaintiff,

-vs-                                   Case No. 6:08-cv-2080-Orl-28DAB

SNA TRANSPORTATION, LLC, MAZIE
FORBES, RENFORD FORBES,

    Defendants.
_____

## ORDER

This case is before the Court on Motion for Default Judgment Against Mazie Forbes (Doc. No. 13) filed April 6, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed April 27, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against Mazie Forbes (Doc. No. 13) is **GRANTED**.

3. The Clerk is directed to enter final default judgment in favor of Plaintiff and against Defendant Mazie Forbes in the total amount of $33,665.45.

4. After entry of judgment, the Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___15___ day of May, 2009.

*[signature]*

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party